AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF TEXAS

2/25/11
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. SA-11-~~172M(4)~~ |
| GABRIEL GARCIA ) | 172M-4 |
| _Defendant_ ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ GABRIEL GARCIA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute more than 500 grams of a mixture or substance containing methamphetamine, a Schedule I Controlled Substance., Sections 846, 841(a)(1) and 841(b)(1)(A).

Date: 2/25/2011

_Issuing officer's signature_

City and state:  San Antonio, TX

PAMELA A. MATHY, U.S. MAGISTRATE JUDGE
_Printed name and title_

### Return

This warrant was received on _(date)_ 02/25/11, and the person was arrested on _(date)_ 02/25/11
at _(city and state)_ San Antonio, TX.

Date: 02/25/11

_Arresting officer's signature_

Jesse Allen Detective
_Printed name and title_