AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

2/25/11
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| United States of America | ) |
|---|---|
| v. | ) |
| GABRIEL GARCIA | ) Case No. SA-11-~~172M(4)~~  172M-4 |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **GABRIEL GARCIA**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute more than 500 grams of a mixture or substance containing methamphetamine, a Schedule I Controlled Substance., Sections 846, 841(a)(1) and 841(b)(1)(A).

Date: 2/25/2011

_____
Issuing officer's signature

City and state: San Antonio, TX

PAMELA A. MATHY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 02/25/11, and the person was arrested on *(date)* 02/25/11
at *(city and state)* San Antonio, TX.

Date: 02/25/11

_____
Arresting officer's signature

Jesse Allen, Detective
*Printed name and title*