UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

Filed 2/25/11
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA-11-172M(4) |
| Plaintiff, | |
| v. | |
| GABRIEL GARCIA, (4) | |
| Defendant. | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT

TO THE HONORABLE NANCY STEIN NOWAK, U.S. MAGISTRATE JUDGE:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this Motion to Detain Defendant and states:

I.

Defendant IS charged by criminal complaint, alleging Conspiracy to Possess With Intent to Distribute a Controlled Substance, which offense involved more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B). Defendant's statutory range of imprisonment is 10 years to life imprisonment.

II.

Probable cause to believe that the Defendant committed an offense punishable under the Controlled Substances Act with a maximum punishment exceeding ten years, triggers the statutory

presumptions under the Bail Reform Act that Defendant's release would pose a danger to the community and that he is a risk of flight.

III.

For these reasons, the Government believes that Defendant's release on bond would pose a substantial risk that he would not appear at future court settings and that he may pose a risk to the community. The Government therefore requests that this Court detain Defendant without bond pending trial, and asks for a 3-day continuance in order to prepare for a hearing on this matter.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

__//s//_____
RUSSELL D. LEACHMAN
Assistant United States Attorney
Texas State Bar No. 12069710
601 NW Loop 410, Suite 600
San Antonio, Texas  78216-5512
(210) 384-7025
(210) 384-7028 FAX