FILED
MAR - 3 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>　*Plaintiff* §<br>§<br>vs. §　　Case Number: SA:11-M-00172(4)<br>§<br>(4) GABRIEL GARCIA §<br>　*Defendant* § | |

## ORDER **RESETTING** PRELIMINARY / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset, good cause having been found, for **09:30 AM, in Courtroom A,** on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Durango Blvd., San Antonio, TX on **Tuesday, March 08, 2011.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **3rd day of March, 2011.**

_____
JOHN W PRIMOMO
U.S. MAGISTRATE JUDGE