AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION



| | | |
|---|---|---|
| United States of America | § § § | **WAIVER OF PRELIMINARY EXAMINATION OR HEARING** (Rule 5 or 32.1, Fed. R. Crim. P.) |
| vs. | § § | |
| (4) Gabriel Garcia | § § § | Case Number: SA:11-M-00172(4) |
| *Defendant* | | |

I, (4) Gabriel Garcia charged in a (complaint) pending in this District with Conspiracy to Possess with Intent to Distribute methamphetamine, in violation of Title 21, U.S.C. § 841(a)(1) and 841(b)(1)(B), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

3/8/2011
*Date*

*Gabriel Garcia*
(4) Gabriel Garcia
*Defendant*

*Mario A. Trevino*
*Attorney for Defendant*